**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MARQUIS XAIVER HARDEN,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:08-CV-63 (HL) |
| | : | |
| **J. D. HART, et al,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 9) filed July 1, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were made within the time allowed for filing same.

**SO ORDERED,** this the 29th day of July, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**