IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARQUIS XAVIER HARDEN, | : |
| Plaintiff, | : |
| | : Civil Action No. |
| | : 7:08-CV-63 (HL) |
| v. | : |
| STEPHEN ROBERTS, | : |
| CO II WILLIAMS, CO II EDWADO MILLER, | : |
| LT. JACK MELTON, SGT. FOSTER, | : |
| CO II DANIELS, CO II CRAFT, | : |
| Defendants. | : |

## ORDER

Before the Court is the Recommendation (Doc. 47) entered on September 4, 2009, of United States Magistrate Judge Richard L. Hodge. The Magistrate Judge recommends dismissing Plaintiff Marquis Xavier Harden's claims against Defendants CO II Craft and Roberts. The Magistrate Judge also recommends granting Defendants' Motion for Summary Judgment as to Defendants Melton, Williams, Miller, Foster, and Daniels. Plaintiff Marquis Xavier Harden has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendants' Motion for Summary Judgment and Dismissal (Doc. 27) is granted.

**SO ORDERED**, this the 28th day of September, 2009.

                                  **/s/ Hugh Lawson**
                                  **HUGH LAWSON, Senior Judge**

lmc